**United States District Court**
**Violation Notice**

| Violation Number | Officer Name (Print) | CVB Location Code | Officer No. |
|---|---|---|---|
| 1279548 | K. KEACH | V560 | 1533 |

## 1279548

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 9-19-2009   23:20 | 36 CFR 2.32 (a) (2) |

Place of Offense
Gauley Tailwaters Campground

Offense Description
Failure to obey a Lawful order

DEFENDANT INFORMATION  Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| Boush | Christine | L. |

| Street Address | | |
|---|---|---|
| 397 Spartanburg Ave. | | |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SC | SC | 29302 | 1982 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| 010137573 | SC | |

| ☑ Adult □ Juvenile | Sex  □ Male  ☑ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | | | 5'4" | 135 |

**VEHICLE DESCRIPTION**  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 3712EE | SC | | Toy./Tundra | Green |

A  ☑ IF BOX A IS CHECKED, YOU
MUST APPEAR IN COURT. SEE
INSTRUCTIONS (on back of yellow copy).

B  □ IF BOX B IS CHECKED, YOU MUST
PAY AMOUNT INDICATED BELOW
OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | 10/14/09 |
| | Time (hh:mm) |
| | 10:00 am |

My Signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

5:09-mj-0091

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on September 19th, 2009 while exercising my duties as a
law enforcement officer in the Southern District of West Virginia

At approximately 2320 hours on the 19th of September 2009, Ranger Sandy Shuck
and I were on patrol at the Gauley Tailwaters Campground, which is within the
boundaries of the Gauley River National Recreation Area, when we contacted two
individuals identified as Franklin M. MANN and Christine L. BOUSH about a dog
off leash violation. While attempting to restrain and detain MANN, BOUSH was
asked and given numerous orders to back up from Ranger Shuck and I, and to
return to her campsite. BOUSH verbally and physically refused to comply with
every order that was given. BOUSH was arrested and issued a citation for
violation of 36 CFR 2.32(a)(2) – failure to obey a lawful order.

FILED
SEP 21 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/21/09    _____
Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge