5:09-mj-0091

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 19th, 2009 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

At approximately 2320 hours on the 19th of September 2009, Ranger Sandy Shuck and I were on patrol at the Gauley Tailwaters Campground, which is within the boundaries of the Gauley River National Recreation Area, when we contacted two individuals identified as Franklin M. MANN and Christine L. BOUSH about a dog off leash violation. While I was attempting to restrain MANN on the ground, BOUSH was yelling and screaming for someone to help her. BOUSH drew her fist back and ran at me, stopping just short of hitting me, and then screamed that I hit her. BOUSH also drew her fist back at Ranger Shuck, stating "I will fucking knock you out". As we were placing BOUSH into handcuffs, she began to fight and struggle against me, Ranger Shuck, and several Nicholas County Deputies. BOUSH was arrested and issued a citation for violation of 36 CFR 2.32(a)(1) – resisting and interfering with a government agent.

FILED
SEP 21 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District West Virginia

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/21/09   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1279549 | K. Keach | 1533 |

CVB Location Code: VS-60

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 9-19-2009 23:20
Offense Charged: 36 CFR 2.32(a)(1)

Place of Offense: Gauley Tailwaters Campground

Offense Description: Threaten / Resisting Gov. Agent

### DEFENDANT INFORMATION
Last Name: Boush
First Name: Christine
M.I.: L
Street Address: 397 Mills Little Ave.
City: Spartanburg   State: SC   Zip Code: 29302
Drivers License No.: 010370573   D.L. State: SC
Sex: Female (Adult)
Date of Birth: ██/██/1982
Height: 5'4"   Weight: 135

### VEHICLE DESCRIPTION
Tag No.: 391 ZEE   State: SC
Year: ___   Make/Model: Toy. Tundra   Color: Green

☒ A: IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☐ B: IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $___
+ $25 Processing Fee
Total Collateral Due: $___

YOUR COURT DATE
Date: 10/6/09   Time: 10:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

1279549