```
         UNITED STATES
     U. S. DISTRICT COURT
     Southern District of West Virginia
            Beckley Division

       # 00006304  -  MS
        January 8, 2010


     Code    Case #    Qty       Amount

     PETTY OF 5:-09MJ091            25.00 CK
       Debtor - USA V. CHRISTINE L. BOUSH
     SPECIAL  5:-09MJ091            10.00 CK
       Debtor - USA V. CHRISTINE L. BOUSH
     FINE     5:-09MJ091           500.00 CK
       Debtor - USA V. CHRISTINE L. BOUSH


     TOTAL->                       535.00



     FROM: CHRISTINE L. BOUSH
           135 BELLWOOD LANE
           SPARTANBURG, SC  29302
```