UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                        Magistrate Case No.  **5:09-mj-0091**

**CHRISTINE L. BOUSH**

**O R D E R**

The Defendant paid $535 to the Office of the Clerk on January 8, 2010 thereby satisfying her obligation to the petty offense violation.  It is hereby **ORDERED** that the Petition to Revoke Probation filed on January 6, 2010 is **DISMISSED.**  It is further **ORDERED** that the warrant for arrest issued on January 6, 2010 is **NULLIFIED**.  Accordingly, the Clerk is directed to close this case and remove from the Court's docket.

The Clerk is further directed to provide a copy of this Order to the Defendant, Assistant United States Attorney John L. File, the Probation Department, and Officer Karl Keach, National Park Service, New River Gorge National River (VS60).

ENTER: February 2, 2010.

R. Clarke VanDervort
United States Magistrate Judge